IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 10 PM 4:06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                   NO. 04-20409-Ma

DEMARCUS ROGERS,

   Defendant.

### ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

Before the court is the June 7, 2005, motion by the government to reset the hearing on the motion to suppress which was set on June 10, 2005. Counsel for the defendant does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Thursday, July 28, 2005, at 10:00 a.m.**

The trial of this matter is reset to September 6, 2005, at 9:30 a.m., with a report date on August 26, 2005, at 2:00 p.m. The period from July 15, 2005, through September 16, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) due the need for additional time to prepare.

It is so ORDERED this 10th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05

(41)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT