IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23 PM 1:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                              NO. 04-20409-Ma

DeMARCUS ROGERS,

    Defendant.

---

ORDER GRANTING MOTION FOR ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

    Before the court is the August 16, 2005, motion of defendant for an order directing the issuance of a writ of *habeas corpus ad testificandum*. For good cause shown, the motion is granted. The clerk is directed to issue a writ of habeas corpus ad testificandum for Antonio Wallace, a/k/a Ralph Antonio Conrad, R&I No. 000316849, presently confined at the Shelby County Corrections Center (as number 05303913), 1045 Mullins Station Road, Memphis, Tennessee, in order that he might testify in the suppression hearing before this court on Friday, September 2, 2005 at 2:30 p.m.

    So ORDERED this 19th day of August, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT