IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -1 PM 5: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 04-20409-Ma

DEMARCUS ROGERS,

    Defendant.

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

Before the court is the government's September 1, 2005, motion to reset the hearing on defendant's motion to suppress which was set on September 2, 2005. Counsel for the defendant does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Thursday, October 13, 2005, at 10:00 a.m.**

It is so ORDERED this 1st day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-9-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT