IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 20 AM 7:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CR. NO. 04-20409-Ma |
| DEMARCUS ROGERS, | ) | |
| Defendant. | ) | |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause came on for a Report Date on August 26, 2005. Defense Counsel requested a continuance of the present trial date in order to allow for additional preparation in the case and to allow for the disposition of the pending Motion to Suppress.

The Court granted the request and continued the trial date to the rotation docket beginning October 3, 2005 at 9:30 a.m., with a report date of Friday, September 23, 2005 at 2:00 p.m.

The period from August 26, 2005 through October 14, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(F) because the interests of justice in allowing additional time to prepare and the need to dispose of the pending motion outweigh the need for a speedy trial.

**IT IS SO ORDERED** this 16th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT