IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                    NO. 04-20409-Ma

DEMARCUS ROGERS,

   Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

Before the court is defendant's September 12, 2005, motion to reset the hearing on the motion to suppress is presently was set on October 13, 2005. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Wednesday, October 26, 2005, at 10:00 a.m.**

The Court continues the trial date to November 7, 2005, at 9:30 a.m. with a report date of October 28, at 2:00 p.m.

The period FROM September 16, 2005, through November 18, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 20th day of September, 2005.

                                   _____
                                   SAMUEL H. MAYS, JR.
                                   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT