IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -8 PM 4: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

V.                                          NO. 04-20409-Ma

DEMARCUS ROGERS,

    Defendant.

---

ORDER PERMITTING DEFENDANT TO FILE OUT OF TIME MOTION

---

Before the court is the November 3, 2005, motion filed by the defendant Demarcus Rogers, requesting permission to file a motion to suppress after the due date for pretrial motions. For good cause shown, the court grants the motion and defendant's motion to suppress is filed with this order.

It is so ORDERED this 8th day of November, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-14-05

77



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT