IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 28  PM 3: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CR. NO. 04-20409-Ma |
| DeMARCUS ROGERS, | ) | |
| Defendant. | ) | |

## ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

Before the court is the amended application of defendant for an order for issuance of a writ of *habeas corpus ad testificandum*. For good cause shown, the motion is granted. The clerk is directed to issue a writ of habeas corpus ad testificandum for Antonio Wallace, a/k/a Ralph Antonio Conrad, #05303913, date of birth 06/02/1983, R&I number 000316849, presently confined at the Shelby County Corrections Center, 1045 Mullins Station Road, Memphis, Tennessee, in order that he might testify at the suppression hearing before this court on Wednesday, November 30, 2005 at 2:00 p.m.

So ORDERED this 28th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT