IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 AM 7: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 04-20409-Ma

DeMARCUS ROGERS,

    Defendant.

---

ORDER GRANTING AMENDED APPLICATION FOR
WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

---

The Clerk of the Court is hereby **ORDERED** to issue a Writ of *Habeas Corpus ad Testificandum* to the Warden/Superintendent of Shelby Corrections Center, 1045 Mullins Station Road, Memphis, Tennessee, compelling him to produce **Antonio Wallace, a/k/a Ralph Antonio Conrad, R&I No. 000316849, Booking No. 05303913,** to appear in Courtroom No. 2, Clifford Davis Federal Building, Memphis, Tennessee, before Judge Samuel H. Mays, Jr. on **Wednesday, December 7, 2005, at 2:30 p.m.**, and such other times as the Court may direct.

IT IS **SO ORDERED** this 2nd day of December, 2005.

                              _____
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT