IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 PM 12: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                              Cr. No. 04-20409-Ma

DeMARCUS ROGERS,

Defendant.

---

ORDER GRANTING APPLICATION FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

The Federal Defender for the Western District of Tennessee, has shown the Court that it is necessary to produce a prisoner, Antonio Wallace, also known as Ralph Antonio Conrad, date of birth 06/02/1983, R&I number 000316849, presently confined at the Shelby County Corrections Center (as number 05303913), at 1045 Mullins Station Road, Memphis, Tennessee, in the custody of Chief Anthony Alexander. The application for a Writ of Habeas Corpus ad Testificandum is GRANTED, and Chief Anthony Alexander is ordered to release to the United States Marshal the body of Antonia Wallace, also known as Ralph Conrad, for appearance in this Court in the above cause, on Wednesday, December 14, 2005, at 3:00 p.m.

12/8/05
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   12-12-05

92



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT