IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 30 AM 7:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                         NO. 04-20409-Ma

DEMARCUS ROGERS,

   Defendant.

ORDER FOR MENTAL EVALUATION OF DEFENDANT
AND ORDER EXCLUDING TIME

Before the court is the December 23, 2005, motion of counsel for defendant requesting a mental evaluation of DeMarcus Rogers, pursuant to 18 U.S.C. § 4241. For good cause shown, the motion is GRANTED. The defendant DeMarcus Rogers is ordered to undergo a complete mental evaluation at a suitable federal facility to determine whether he is mentally competent to stand trial and to assist in his defense.

Trial of this matter is continued to the rotation docket beginning April 3, 2006, at 9:30 a.m., with a report date on Friday, March 24, 2006, at 2:00 p.m. The continuance is necessary to allow the defendant to be examined as to his mental competency and to allow both parties additional time to prepare.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-30-05___

/0/

The period through April 14, 2006, is excluded under 18 U.S.C. § 3161(h)(1)(A) to allow time for defendant to undergo a mental evaluation.

It is so ORDERED this 29th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 101 in case 2:04-CR-20409 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT